**FILED**

JUN 16 2010

~~CLERK~~

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

CHRIS REICHERT

CASE # 10-5040

PLANTIFF(S)

ARAMARK CORPORATION

DEFENDANTS

CLAIM (S)

1. Wrongful Termination; Corporate/Officials implied I was illegal alien; not documented.
2. Discrimination; Ethnicity; Origin; Civil Rights

PLANTIFF REQUESTS THE FOLLOWING — see Statement of facts

1. Back Pay since wrongful termination; earning statements attached
2. Pain & Suffering - to be determined from court
3. Civil Penalties - same as above.

DATED THIS __15__ (day) of __JUNE__ (month), __2010__ (year)

Drawn Signature _____

PRINTED NAME OF PLANTIFF __CHRIS REICHERT__

ADDRESS __325 EAST SAINT JOE STREET #17 RAPID CITY SD 57701__

EMAIL __rcreichert@yahoo.com__ TELEPHONE __6057872977__ - please use email

economic factors

Statement of Facts – presented from Charging Party; Chris Reichert

I was referred to Aramark through an agency, Labor Ready and then I was then hired by Aramark.

Upon hire I submitted eligible work documents, from the list of acceptable documents, in this case a drivers license and an original birth certificate. They retained a photocopy for their records. After six months of working there, I was informed that I needed to to provide a SS card. I told them the number, and then said I would obtain a physical copy from the SSA office.

I then went to the SSA office in Rapid City and obtained a letter that I had applied for the reissuance of my original ss#, a social security card. I brought this letter to them and they stated they still needed the SS card. Several months later, they again asked for a card, I stated I didn't have one, and provided them with a second letter from the SSA office, since I had not received a card from them. I gave Aramark the letter and they stated a SSA card(drivers license sized card with a printed number on it, was acceptable), I then restated, I had provided them with alternated identification documentation from the government printed list of acceptable documents; i.e. a driver license and birth certificate. Then on November 9th, they terminated my full-time employment.

<u>Damage Sought</u> : Back Pay since wrongful termination ; Earnings Statement Attached

: Pain & Suffering, if applicable

: Civil Penalties

* Terminated from employment on Nov 8, 2009

* Pay Rate : 8.00 /Hours 80 - 2 weeks / $640⁰⁰ Earnings Statement Attached

* Complaint filed with Office of Special Counsel DOJ November 19, 2009 ; 2:05pm

| CO. STV | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| | 678192 | 071871 | 029 | 0007787004 | 1 |

660-0001

**ARAMARK**
ARAMARK MANAGEMENT SERVICES LP
2300 WARRENVILLE ROAD
DOWNERS GROVE, IL 60515

# Earnings Statement

Period Ending: 04/11/2009
Pay Date: 04/16/2009

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 SD: No State Income Tax

Social Security Number: XXX-XX-1954

CHRIS J REICHERT
325 SAINT JOSEPH ST
APT 17
RAPID CITY, SD 57701

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 72.30 | 578.40 | 4,696.00 |
| Vacation | 8.0000 | 7.70 | 61.60 | 125.60 |
| Overtime | | | | 27.60 |
| Holiday Pay | | | | 320.00 |
| **Gross Pay** | | | **$640.00** | 5,169.20 |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Med-Coverage | | OHP EMP |
| Sm Company | | 008 |
| Sm Employee # | | 1219306 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -2.62 | 95.56 |
| | Social Security Tax | -36.15 | 292.27 |
| | Medicare Tax | -8.45 | 68.35 |
| | **Other** | | |
| | Dental | -16.40* | 131.20 |
| | Medical | -37.60* | 300.80 |
| | Vision | -2.90* | 23.20 |
| | **Net Pay** | **$535.88** | |

\* Excluded from federal taxable wages
 Your federal taxable wages this period are $583.10