UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| CHRIS REICHERT, | ) | CIV. 10-5040-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | WITHOUT PREJUDICE |
| | ) | |
| ARAMARK CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, appearing *pro se*, filed a complaint (Docket 1) asserting a claim for wrongful termination. He also requested permission to proceed *in forma pauperis*. (Docket 2). On its face, the complaint fails to state a federal question claim as required by 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1332(a), the court finds there is not a complete diversity of citizenship, with a claim in excess of $75,000, between the parties and this court lacks jurisdiction to proceed, now therefore, it is hereby

ORDERED that plaintiff's complaint (Docket 1) is dismissed without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* (Docket 2) is denied as moot.

Dated July 6, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE